STATE of Missouri, Respondent,

v.

Michael EBRECHT, Appellant.

No. WD 53582.

Missouri Court of Appeals,
Western District.

Feb. 10, 1998.

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOWARD, P.J., and BRECKENRIDGE and HANNA, JJ.

## *ORDER*

PER CURIAM.

Michael Ebrecht appeals from his conviction of second degree assault. He claims that the trial court abused its discretion by denying his request for a mistrial after a member of the venire stated that he knew Mr. Ebrecht through police work. He also

argues that the trial court erred in refusing to give a particular jury instruction on third degree assault. Finding no abuse of discretion by the trial judge in refusing to grant a mistrial, and that Mr. Ebrecht failed to preserve for review the trial court's refusal of the proffered instruction, this court affirms. Rule 30.25(b).